```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
       NASHVILLE DIVISION
```

MARY WEATHERLY,                )
                               )
        Plaintiff              )
                               )    No. 3:10-0992
v.                             )    Judge Campbell/Brown
                               )    **Jury Demand**
HOME DEPOT, U.S.A., INC.,      )
                               )
        Defendant              )

## **O R D E R**

A settlement conference was held in this matter on July 6, 2011. Although the parties bargained in good faith they were not able to reach a resolution satisfactory to both sides during the conference. The parties are advised that the Magistrate Judge remains available through July 27, 2011, to continue discussions if the parties wish to call him.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge